IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY MURPHY, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-499 |
| TRANS UNION, LLC, ET AL. | : | |

**O R D E R**

**AND NOW**, this   15th   day of  August  , 2012, upon consideration of Defendant Equifax Information Services, LLC's Motion to Transfer Venue (ECF No. 21), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk is directed to transfer this case to the United States District Court for the Northern District of Georgia, Atlanta Division.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**